COOLEY GODWARD LLP
STEPHEN C. NEAL (170085)
JOHN C. DWYER (136533)
GRANT P. FONDO (181530)
LAURA R. SMITH (205159)
MONIQUE R. SHERMAN (227494)
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA  4306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663
Email:          sneal@cooley.com
                    dwyerjc@cooley.com
                    fondogp@cooley.com

Attorneys for Defendants
KEITH G. BAXTER, RONALD J. GOEDDE,
WILLIAM L. WOODS, CHARLES J. KITTRELL,
RICHARD D. NYE, MERLE D. LEWIS,
RICHARD R. HYLLAND, and DANIEL K. NEWELL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CORNERSTONE PROPANE PARTNERS LP SECURITIES LITIGATION, | Master File No. C03-2522 MHP<br><br>**CLASS ACTION**<br><br>**REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL FOR DEFENDANT DANIEL K. NEWELL** |
| This Document Relates To:<br><br>ALL ACTIONS | |

Pursuant to Civil Local Rule 11-5, Cooley Godward LLP hereby requests to withdraw as counsel for defendant Daniel K. Newell ("Newell") in the above-captioned matter. Michael G. Taylor of the law firm of Leonard, Street and Deinard, located at 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, (612) 335-1500, agrees to substitute in as lead counsel of record for defendant Newell in the above-captioned matter. Defendant Newell consents to, and hereby requests the Court's approval of, the withdrawal of Cooley Godward and the substitution of

1  Michael G. Taylor of Leonard, Street and Deinard as defendant Newell's counsel of record in this
2  action.

3  Dated: June 10, 2005                           COOLEY GODWARD LLP

5                                                 /s/
                                                  Grant P. Fondo

7  Dated: May 31, 2005

9                                                 /s/
                                                  Daniel K. Newell

11 Dated: May 26, 2005                            LEONARD, STREET AND DEINARD

13                                                /s/
                                                  Michael G. Taylor

**IT IS HEREBY ORDERED t**hat Michael G. Taylor of Leonard, Street and Deinard is substituted as counsel of record for defendant Daniel K. Newell.

Dated: 6/22, 2005

                                                  _____
                                                  HON. MARILYN HALL PATEL
                                                  United States District Judge
                                                  Northern District of California