```
 1  COOLEY GODWARD LLP
    STEPHEN C. NEAL (170085)
 2  JOHN C. DWYER (136533)
    GRANT P. FONDO (181530)
 3  LAURA R. SMITH (205159)
    MONIQUE R. SHERMAN (227494)
 4  5 Palo Alto Square
    3000 El Camino Real
 5  Palo Alto, CA  4306-2155
    Telephone:    (650) 843-5000
 6  Facsimile:    (650) 857-0663
    Email:        sneal@cooley.com
 7                dwyerjc@cooley.com
                  fondogp@cooley.com
 8
    Attorneys for Defendants
 9  KEITH G. BAXTER, RONALD J. GOEDDE,
    WILLIAM L. WOODS, CHARLES J. KITTRELL,
10  RICHARD D. NYE, MERLE D. LEWIS,
    RICHARD R. HYLLAND, and DANIEL K. NEWELL
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CORNERSTONE PROPANE PARTNERS LP SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C03-2522 MHP<br><br>**CLASS ACTION**<br><br>**REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL FOR DEFENDANT RICHARD R. HYLLAND** |

Pursuant to Civil Local Rule 11-5, Cooley Godward LLP hereby requests to withdraw as counsel for defendant Richard R. Hylland ("Hylland") in the above-captioned matter. David Pearson of the law firm of Winthrop & Weinstine, located at Suite 3500, 225 South Sixth Street, Minneapolis, MN 55402, (612) 604-6692, agrees to substitute in as lead counsel of record for defendant Hylland in the above-captioned matter. Defendant Hylland consents to, and hereby

requests the Court's approval of, the withdrawal of Cooley Godward and the substitution of David Pearson of Winthrop & Weinstine as defendant Hylland's counsel of record in this action.

Dated: June 29, 2005                           COOLEY GODWARD LLP

                                               /s/
                                               Grant P. Fondo

Dated: June 29, 2005

                                               /s/
                                               Richard R. Hylland

Dated: June 29, 2005                           WINTHROP & WEINSTINE

                                               /s/
                                               David Pearson

**IT IS HERE BY ORDERED t**hat David Pearson of Winthrop & Weinstine is substituted as counsel of record for defendant Richard R. Hylland.

Dated: July 1, 2005

                                               /s/ Judge Marilyn H. Patel
                                               HON. MARILYN H. PATEL
                                               United States District Judge
                                               Northern District of California