**FILED**

**AUG 1 2 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  COOLEY GODWARD LLP
   STEPHEN C. NEAL (170085)
2  JOHN C. DWYER (136533)
   GRANT P. FONDO (181530)
3  LAURA R. SMITH (205159)
   MONIQUE R. SHERMAN (227494)
4  5 Palo Alto Square
   3000 El Camino Real
5  Palo Alto, CA  4306-2155
   Telephone:    (650) 843-5000
6  Facsimile:    (650) 857-0663
   Email:        sneal@cooley.com
7                dwyerjc@cooley.com
                 fondogp@cooley.com
8
   Attorneys for Defendants
9  KEITH G. BAXTER, RONALD J. GOEDDE,
   WILLIAM L. WOODS, CHARLES J. KITTRELL,
10 RICHARD D. NYE, MERLE D. LEWIS,
   RICHARD R. HYLLAND, and DANIEL K. NEWELL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| In re CORNERSTONE PROPANE PARTNERS LP SECURITIES LITIGATION, | Master File No. C03-2522 MHP |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To: | **REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL FOR DEFENDANT MERLE D. LEWIS** |
| ALL ACTIONS | |

Pursuant to Civil Local Rule 11-5, Cooley Godward LLP hereby requests to withdraw as counsel for defendant Merle D. Lewis ("Lewis") in the above-captioned matter. Michael G. Taylor of the law firm of Leonard, Street and Deinard, located at 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, (612) 335-1500, agrees to substitute in as lead counsel of record for defendant Lewis in the above-captioned matter. Defendant Lewis consents to, and hereby

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

703344 v1/PA            1.            **CLASS ACTION**
                                       **MASTER FILE NO. C-03-4999-MJJ**

1   requests the Court's approval of, the withdrawal of Cooley Godward and the substitution of
2   Michael G. Taylor of Leonard, Street and Deinard as defendant Lewis's counsel of record in this
3   action.

4   Dated: June 10, 2005                             COOLEY GODWARD LLP

6                                                    _____/s/_____
7                                                    Grant P. Fondo

8   Dated: May 26, 2005

10                                                   _____/s/_____
11                                                   Merle D. Lewis

12  Dated: May 26, 2005                              LEONARD, STREET AND DEINARD

14                                                   _____/s/_____
15                                                   Michael G. Taylor

17  **IT IS HERE BY ORDERED** that Michael G. Taylor of Leonard, Street and Deinard is
18  substituted as counsel of record for defendant Merle D. Lewis.
19  Dated: ____8/12____, 2005

21                                                   _____
                                                     HON. MARILYN HALL PATEL
22                                                   United States District Judge
                                                     Northern District of California