FILED
AUG 2 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Liaison Counsel for Plaintiff and
the Class

Katharine M. Ryan (*Admitted Pro Hac Vice*)
Karen Reilly (*Admitted Pro Hac Vice*)
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Lead Plaintiff and
the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CORNERSTONE PROPANE PARTNERS LP SECURITIES LITIGATION | Case No. C03-2522 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE**<br><br>**CLASS ACTION**<br><br>Date: January 24, 2005 (suspended)<br>Trial Date: Not Yet Set<br>Courtroom: 15<br>Judge: Hon. Marilyn Hall Patel |

STIP STATUS CONF.
Case No. C03-2522 MHP

1  WHEREAS, on December 7, 2004, pursuant to stipulation by and between the parties
2  and by order of the Court, so that the Individual Defendants' Motion to Dismiss could be heard,
3  the Status Conference then scheduled for December 20, 2004, was vacated and rescheduled for
4  January 24, 2005 at 2:00 p.m.;
5  WHEREAS, on January 14, 2005, the parties submitted for the Court's approval a Joint
6  Case Management Statement and [Proposed] Order;
7  WHEREAS, on January 24, 2005 the Court held a hearing on the Individual Defendants'
8  Motions to Dismiss and suspended the Status Conference pending the Court's ruling on the
9  Motions;
10  WHEREAS, on February 7, 2005, the Court issued an order granting the Motions to
11  Dismiss with leave to amend;
12  WHEREAS, on April 1, 2005, Plaintiff filed a Second Amended Complaint;
13  WHEREAS, on April 14, 2005, the Court held a telephonic conference with all the
14  parties;
15  WHEREAS, on May 10, 2005, Defendants Newell, Lewis, Hylland, Nye, Goedde, and
16  Baxter filed Answers to the Second Amended Complaint;
17  WHEREAS, on May 10, 2005, Defendants Kittrell and Woods filed a Motion to Dismiss;
18  WHEREAS, on July 5, 2005, the Court issued an order granting Defendants' motion to
19  dismiss as to Defendant Woods and denying the Motion as to Defendant Kittrell;
20  WHEREAS, on July 19, 2005, Defendant Kittrell filed an Answer to the Second
21  Amended Complaint;
22  WHEREAS, the parties have conferred and agreed that the Status Conference previously
23  suspended by the Court pending the resolution of the Defendants' Motions to Dismiss be
24  rescheduled for September 19, 2005.
25  IT IS HEREBY STIPULATED AND AGREED, that the Status Conference previously
26  scheduled for January 24, 2005 and suspended pending the resolution of the Motions to Dismiss,
27  be rescheduled for September 19, 2005 at 3:00 pm.
28

STIP STATUS CONF.
Case No. C03-2522 MHP                   1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August ___, 2005 | **GREEN WELLING LLP** |
| 3 | | By: ___/s/___<br>        Robert S. Green |
| 4 | | |
| 5 | | 595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>(415) 477-6700 |
| 6 | | |
| 7 | | Liaison Counsel for Plaintiffs and the Class |
| 8 | DATED: August ___, 2005 | **COOLEY GODWARD LLP** |
| 9 | | |
| 10 | | By: ___/s/___<br>        Grant P. Fondo |
| 11 | | 5 Palo Alto Square<br>3000 El Camino Real |
| 12 | | Palo Alto, CA 94306<br>(650) 843-5000 |
| 13 | | |
| 14 | | Attorneys for Defendants Keith Baxter,<br>Ronald J. Goedde, Charles J. Kittrell and<br>Richard D. Nye |
| 15 | | |
| 16 | DATED: August ___, 2005 | **LEONARD STREET & DEINARD, P.A.** |
| 17 | | |
| 18 | | By: ___/s/___<br>        Douglas R. Boettge<br>        Michael G. Taylor |
| 19 | | |
| 20 | | 150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55401<br>(612) 335-1500 |
| 21 | | |
| 22 | | Attorneys for Defendants Merle D.<br>Lewis and Daniel K. Newell |
| 23 | | |
| 24 | DATED: August ___, 2005 | **SHARTSIS FRIESE, LLP** |
| 25 | | By: ___/s/___<br>        Jahan P. Raissi |
| 26 | | |
| 27 | | One Maritime Plaza, 18th Floor<br>San Francisco, CA 94111<br>(415) 421-6500 |
| 28 | | |

STIP STATUS CONF.
Case No. C03-2522 MHP                           2

| | |
|---|---|
| 1 | Attorneys for Defendants Merle D. Lewis and Daniel K. Newell |
| 2 | |
| 3  DATED: August ___, 2005 | **WINTHROP & WEINSTINE, P.A.** |
| 4 | |
| 5 | By: _____/s/_____<br>David P. Pearson |
| 6 | 225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402 |
| 7 | (612) 604-6692 |
| 8 | Attorneys for Defendant Richard R. Hylland |

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED THAT the Status Conference previously scheduled for January 24, 2005 and suspended by the Court, is rescheduled for SEPTEMBER 26, 2005 @ 3:00 pm

DATED: August 23, 2005

_____
HON. MARILYN HALL PATEL
United States District Judge
Northern District of California