COOLEY GODWARD LLP
STEPHEN C. NEAL (170085) (sneal@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530)(fondogp@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
MONIQUE R. SHERMAN (227494) (shermanmr@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendants
KEITH G. BAXTER, RONALD J. GOEDDE,
CHARLES J. KITTRELL and RICHARD D. NYE

**FILED**

OCT 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CORNERSTONE PROPANE PARTNERS LP SECURITIES LITIGATION, | Master File No. C03-2522 MHP |
| | **CLASS ACTION** |
| This Document Relates To:<br><br>ALL ACTIONS | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION MOTION AND FOR MEDIATION |

## STIPULATION

Pursuant to Civil Local Rule 6-2, the parties submit the following Stipulation and [Proposed] Order to extend the time for defendants to file an opposition to Lead Plaintiffs' Motion for Class Certification and to extend the time for the parties to conduct mediation.

WHEREAS, on September 15, 2005, the parties jointly submitted a Supplemental Joint Case Management Statement and [Proposed] Order and requested that the Court adopt it as its Case Management Order in this case;

WHEREAS, on September 23, 2005, Lead Plaintiff filed a Motion for Class Certification;

WHEREAS, on September 26, 2005, the Court held a Status Conference;

WHEREAS, on September 27, 2005, the Court issued an Order that the parties were to seek private mediation, that a hearing on Lead Plaintiff's Motion for Class Certification be held on December 5, 2005, that any opposition be filed by defendants on or before October 25, 2005, and that any reply be filed by plaintiffs on or before November 18, 2005;

WHEREAS, on September 29, 2005, Defendants Baxter, Goedde, Kittrell, and Nye served a Notice of Deposition and Request to Produce Documents upon Lead Plaintiff;

WHEREAS, Lead Plaintiff produced documents responsive to the document requests on October 14, 2005;

WHEREAS, defendants deposed Lead Plaintiff Gilbert H. Lamphere and Alexander P. Lynch on October 17, 2005;

WHEREAS, the final transcripts of these depositions were not available until October 20, 2005;

WHEREAS, Lead Plaintiff agreed during his deposition to produce additional documents pursuant to his Notice of Deposition and Request to Produce Documents, but has not yet done so;

WHEREAS, defendants require additional time to review the additional documents to be produced by Lead Plaintiff and the final transcripts of Lead Plaintiff's deposition;

WHEREAS, this stipulation will not change the date of the hearing;

WHEREAS, the parties have agreed to and scheduled mediation on January 6, 2005 with Judge Daniel Weinstein of JAMS;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

713301 v2/PA

2

STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED, by and between the undersigned and so ordered by the Court as follows:

1. Defendants shall file and serve via hand or overnight delivery on or before October 28, 2005 any opposition to Lead Plaintiff's Motion for Class Certification;

2. Plaintiffs shall file and serve via hand or overnight delivery on or before November 21, 2005 any reply in support of Lead Plaintiff's Motion for Class Certification;

3. The parties shall conduct a mediation on January 6, 2006; and

4. Any further changes to the date for mediation do not need to be approved by the Court.

Dated: October 26, 2005

SCHIFFRIN & BARROWAY, LLP

Katharine M. Ryan *(Admitted Pro Hac Vice)*
Karen Reilly *(Admitted Pro Hac Vice)*
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

GREEN WELLING LLP

/s/
_____
ROBERT S. GREEN

595 Market Street, Suite 2750
San Francisco, CA 94105
(415) 477-6700

Lead and Liaison Counsel for Lead Plaintiff and the Class

| | | |
|---|---|---|
| 1 | Dated: October ___, 2005 | COOLEY GODWARD LLP |
| 2 | | |
| 3 | | |
| 4 | | /s/ _____<br>LAURA R. SMITH |
| 5 | | |
| 6 | | Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>(650) 843-5000 |
| 7 | | |
| 8 | | Attorneys for Defendants<br>Keith G. Baxter, Ronald J. Goedde, Charles J. Kittrell, and Richard D. Nye |
| 9 | | |
| 10 | Dated: October ___, 2005 | LEONARD STREET & DEINARD, P.A. |
| 11 | | |
| 12 | | /s/ _____<br>DOUGLAS R. BOETTGE<br>MICHAEL G. TAYLOR |
| 13 | | |
| 14 | | 150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55401<br>(612) 335-1500 |
| 15 | | |
| 16 | | SHARTSIS FRIESE, LLP |
| 17 | | Jahan P. Raissi<br>One Maritime Plaza, 18th Floor<br>San Francisco, CA 94111<br>(415) 421-6500 |
| 18 | | |
| 19 | | Attorneys for Defendants Merle D. Lewis and Daniel K. Newell |
| 20 | | |

| | | |
|---|---|---|
| 1 | Dated: October ___, 2005 | WINTHROP & WEINSTINE, P.A. |
| 2 | | |
| 3 | | /s/ |
| 4 | | David P. Pearson *(Admitted Pro Hac Vice)*<br>Karl E. Robinson *(Admitted Pro Hac Vice)* |
| 5 | | 225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402<br>(612) 604-6400 |
| 6 | | |
| 7 | | Attorneys for Defendant Richard R. Hylland |
| 8 | | |
| 9 | | HOWARD RICE NEMEROVSKI CANADY<br>FALK & RABKIN |
| 10 | | Douglas A. Winthrop<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>(415) 434-1600 |
| 11 | | |
| 12 | | |

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: October 25, 2005

THE HON. MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE