COOLEY GODWARD LLP
STEPHEN C. NEAL (170085) (sneal@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530)(fondogp@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
MONIQUE R. SHERMAN (227494) (shermanmr@cooley.com)
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendants
KEITH G. BAXTER, RONALD J. GOEDDE,
CHARLES J. KITTRELL and RICHARD D. NYE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re CORNERSTONE PROPANE PARTNERS LP SECURITIES LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS | Master File No. C03-2522 MHP <br><br> **CLASS ACTION** <br><br> **DECLARATION OF GRANT P. FONDO IN SUPPORT OF OFFICER DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND REQUEST FOR JUDICIAL NOTICE** <br><br> Hearing:     December 5, 2005 <br> Time:          2:00 p.m. <br> Trial Date:  Not yet set <br> Judge:        Hon. Marilyn Hall Patel |

Grant P. Fondo declares and states as follows:

**1.**   I am an attorney at law duly licensed to practice in the state of California. I am with the law firm of Cooley Godward LLP, counsel for Officer Defendants Keith G. Baxter, Ronald J. Goedde, Charles J. Kittrell, and Richard D. Nye ("Officer Defendants"). I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

**2.**   Attached hereto as Exhibit A is a true and correct copy of excerpts of Gilbert H. Lamphere's deposition transcript taken October 17, 2005.

Cooley Godward LLP
Attorneys At Law
Palo Alto

Master File No. C03-2522 MHP

713802 v1/PA

DECLARATION OF GRANT P. FONDO IN SUPPORT
OF OFFICER DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

3. Attached hereto as Exhibit B is a true and correct copy of Gilbert H. Lamphere's biography, Bates labeled GHL00011.

4. Attached hereto as Exhibit C is a true and correct copy of Gilbert H. Lamphere's "Cornerstone Summary," Bates labeled GHL00012, redacted for Lead Plaintiff's confidentiality.

5. Attached hereto as Exhibit D is a true and correct copy of Cornerstone's Form 10-K for the year ended June 30, 1998 filed with the SEC on September 28, 1998.

6. Attached hereto as Exhibit E is a true and correct copy of Cornerstone's Form 10-K for the year ended June 30, 1999 filed with the SEC on September 28, 1999.

7. Attached hereto as Exhibit F is a true and correct copy of Cornerstone's Form 10-K for the year ended June 30, 2000 filed with the SEC on September 28, 2000.

8. Attached hereto as Exhibit G is a true and correct copy of the press release dated August 6, 1998, entitled "CornerStone Announces Higher Fourth Quarter Earnings; EBITDA up 157% Over the Same Period Last Year."

9. Attached hereto as Exhibit H is a true and correct copy of the press release dated November 4, 1998, entitled "CornerStone Exceeds First Call's Earnings Estimate for the First Quarter of Fiscal 1999 by 4.2% or $.02 Per Unit."

10. Attached hereto as Exhibit I is a true and correct copy of the press release entitled "CornerStone Announces Weather-Affected Second Quarter Earnings," cited in the Complaint at ¶ 24 as February 3, 1999.

11. Attached hereto as Exhibit J is a true and correct copy of the press release dated May 3, 1999, entitled "CornerStone Propane Partners, L.P. Reports 46% Increase in EBITDA for Third Quarter of Fiscal 1999."

12. Attached hereto as Exhibit K is a true and correct copy of the press release dated August 4, 1999, entitled "Fourth Quarter Earnings."

13. Attached hereto as Exhibit L is a true and correct copy of the press release dated November 2, 1999, entitled "First Quarter Earnings CornerStone Propane Partners, L.P. Reports 70% Increase in Earnings Before Interest, Taxes, Depreciation and Amortization For the First Quarter of Fiscal 2000."

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

Master File No. C03-2522 MHP

713802 v1/PA

2

DECLARATION OF GRANT P. FONDO IN SUPPORT
OF OFFICER DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

**14.** Attached hereto as Exhibit M is a true and correct copy of the press release dated February 3, 2000, entitled "CornerStone Propane Partners, L.P. Reports 73% Increase in Earnings Before Interest, Taxes, Depreciation and Amortization for the Second Quarter of Fiscal 2000," cited in the Complaint at ¶ 132 as February 2, 2000.

**15.** Attached hereto as Exhibit N is a true and correct copy of the press release dated May 3, 2000, entitled "CornerStone Propane Partners, L.P. Reports 11% Increase in Earnings Before Interest, Taxes, Depreciation and Amortization for FY 2000 Third Quarter."

**16.** Attached hereto as Exhibit O is a true and correct copy of the press release dated August 2, 2000, entitled "CornerStone Propane Partners, L.P. Announces Results for FY 2000 and 4th Quarter 2000."

Dated:  October 28, 2005                COOLEY GODWARD LLP

                                        /s/
                                        GRANT P. FONDO

                                        Attorneys for Defendants
                                        KEITH G. BAXTER, RONALD J. GOEDDE,
                                        CHARLES J. KITTRELL, and RICHARD D.
                                        NYE

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

**Master File No. C03-2522 MHP**

713802 v1/PA

3

DECLARATION OF GRANT P. FONDO IN SUPPORT OF OFFICER DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION