

FILED
DEC - 7 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re Cornerstone Propane Partners, LP
Securities Litigation
       Plaintiff(s),

   v.

       Defendant(s).

CASE NO. C03-2522MHP

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Todd Mosser, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number is 280 King of Prussia Road, Radnor, PA 19087 (610) 667-7706, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Gilbert H. Lamphere,

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/6/05

Honorable Marilyn Hall Patel
United States District Judge