UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED MAY 3 1 2006**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re CORNERSTONE PROPANE PARTNERS, L.P. SECURITIES LITIGATION

Plaintiff(s),
v.

Defendant(s).

CASE NO. C 03-2522 MHP

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Kay E. Sickles , an active member in good standing of the bar of Pennsylvania (particular court to which applicant is admitted) whose business address and telephone number is

SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Rd, Radnor PA 19087
610-667-7706

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Gilbert H. Lamphere

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/31/06

Honorable Marilyn Hall Patel
United States District Judge