FILED
AUG 22 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Robert S. Green (State Bar No. 136183)
   **GREEN WELLING LLP**
2  595 Market Street, Suite 2750
   San Francisco, CA 94105
3  Telephone: (415) 477-6700
   Facsimile: (415) 477-6710
4
   *Liaison Counsel for Plaintiff and*
5  *the Class*

6  Katharine M. Ryan (*Admitted Pro Hac Vice*)
   Karen E. Reilly (*Admitted Pro Hac Vice*)
7  **SCHIFFRIN & BARROWAY, LLP**
   280 King of Prussia Rd.
8  Radnor, PA 19087
   Telephone: (610) 667-7706
9  Facsimile: (610) 667-7056

10 *Lead Counsel for Lead Plaintiff and*
   *the Class*
11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| In Re CORNERSTONE PROPANE PARTNERS LP SECURITIES LITIGATION | Case No. C03-2522 MHP |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [~~PROPOSED~~] ORDER SUSPENDING STATUS CONFERENCE |
| ALL ACTIONS | Date: |
| | Trial Date: |
| | Courtroom: |
| | Judge: Hon. Marilyn Hall Patel |

23    Pursuant to Civil Local Rule 6-2, the parties submit the following stipulation and
24 [proposed] order to suspend the status conference currently scheduled for September 19, 2006 at
25 10:00 a.m. before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue,
26 18th Floor, San Francisco, California as a tentative resolution of the Action has been reached by
27 the parties.
28

STIPULATION AND [PROPOSED] ORDER REGARDING STATUS CONFERENCE
Case No. C03-2522 MHP                                                                              1

1     WHEREAS, on August 8, 2006, the status conference previously scheduled for
2 September 11, 2006 was rescheduled by the Court to be held on September 19, 2006 with the
3 parties directed to file a joint status report ten (10) days prior to the conference;
4     WHEREAS, the parties have reached a tentative settlement and resolution of this Action;
5     WHEREAS, the parties agree and request that the Court postpone and suspend the status
6 conference now scheduled for September 19, 2006 pending the parties' filing of the appropriate
7 settlement related papers;
8     IT IS HEREBY STIPULATED, by and between the undersigned and so ordered by the
9 Court that the status conference scheduled for September 19, 2006 and the joint status report due
10 to be filed ten (10) days prior to the status conference are suspended pending the parties efforts
11 to finally resolve the Action and to file with the Court a Stipulation and Agreement of
12 Settlement.

14 DATED: August , 2006      **GREEN WELLING LLP**

16     By:    /s/
               Robert S. Green

17 595 Market Street, Suite 2750
18 San Francisco, CA 94105
(415) 477-6700

19 *Liaison Counsel for Plaintiffs and the Class*

20 DATED: August ___, 2006      **COOLEY GODWARD LLP**

22     By: _____
               Grant P. Fondo

23 5 Palo Alto Square
24 3000 El Camino Real
Palo Alto, CA 94306
25 (650) 843-5000

26 *Attorneys for Defendants Keith Baxter,
Ronald J. Goedde and Charles J. Kittrell*

1  WHEREAS, on August 8, 2006, the status conference previously scheduled for
2  September 11, 2006 was rescheduled by the Court to be held on September 19, 2006 with the
3  parties directed to file a joint status report ten (10) days prior to the conference;
4  WHEREAS, the parties have reached a tentative settlement and resolution of this Action;
5  WHEREAS, the parties agree and request that the Court postpone and suspend the status
6  conference now scheduled for September 19, 2006 pending the parties' filing of the appropriate
7  settlement related papers;
8  IT IS HEREBY STIPULATED, by and between the undersigned and so ordered by the
9  Court that the status conference scheduled for September 19, 2006 and the joint status report due
10 to be filed ten (10) days prior to the status conference are suspended pending the parties efforts
11 to finally resolve the Action and to file with the Court a Stipulation and Agreement of
12 Settlement.

DATED: August , 2006

**GREEN WELLING LLP**

By: _____
Robert S. Green

595 Market Street, Suite 2750
San Francisco, CA 94105
(415) 477-6700

*Liaison Counsel for Plaintiffs and the Class*

DATED: August 16, 2006

**COOLEY GODWARD LLP**

By: _____
Grant P. Fondo

5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
(650) 843-5000

*Attorneys for Defendants Keith Baxter, Ronald J. Goedde and Charles J. Kittrell*

STIPULATION AND [PROPOSED] ORDER REGARDING STATUS CONFERENCE
Case No. C03-2522 MHP

2

| | | |
|---|---|---|
| 1 | DATED: August 17, 2006 | **LEONARD STREET & DEINARD, P.A.** |
| 2 | | By: /s/ Douglas R. Boettge |
| 3 | | |
| 4 | | Michael G. Taylor<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55401 |
| 5 | | (612) 335-1500 |
| 6 | | *Attorneys for Defendants Merle D. Lewis and Daniel K. Newell* |
| 7 | | |
| 8 | DATED: August ___, 2006 | **WINTHROP & WEINSTINE, P.A.** |
| 9 | | |
| 10 | | By: /s/<br>Karl E. Robinson |
| 11 | | 225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402 |
| 12 | | (612) 604-6692 |
| 13 | | *Attorneys for Defendant Richard R. Hylland* |
| 14 | DATED: August ___, 2006 | **ORRICK, HERRINTON & SUTCLIFFE LLP** |
| 15 | | |
| 16 | | By: /s/<br>Susan Resley |
| 17 | | 1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>(650) 614-7400 |
| 18 | | |
| 19 | | *Attorneys for Defendant Richard D. Nye* |

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED THAT** the Status Conference scheduled for September 19, 2006 is suspended by the Court.

DATED: August 18, 2006

HON. MARILYN HALL PATEL
United States District Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER REGARDING STATUS CONFERENCE
Case No. C03-2522 MHP                                                                                      3

| | | |
|---|---|---|
| 1 | DATED: August ___, 2006 | **LEONARD STREET & DEINARD, P.A.** |
| 2 | | By: _____ |
| 3 | | Douglas R. Boettge |
| 4 | | Michael G. Taylor<br>150 South Fifth Street, Suite 2300 |
| 5 | | Minneapolis, MN 55401<br>(612) 335-1500 |
| 6 | | *Attorneys for Defendants Merle D. Lewis and Daniel K. Newell* |
| 7 | | |
| 8 | DATED: August **16**, 2006 | **WINTHROP & WEINSTINE, P.A.** |
| 9 | | |
| 10 | | By: /s/ Karl E. Robinson |
| 11 | | 225 South Sixth Street, Suite 3500 |
| 12 | | Minneapolis, MN 55402<br>(612) 604-6692 |
| 13 | | *Attorneys for Defendant Richard R. Hylland* |
| 14 | DATED: August ___, 2006 | **ORRICK, HERRINTON & SUTCLIFFE LLP** |
| 15 | | |
| 16 | | By: _____/s/_____<br>Susan Resley |
| 17 | | 1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>(650) 614-7400 |
| 18 | | |
| 19 | | *Attorneys for Defendant Richard D. Nye* |

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED THAT** the Status Conference scheduled for September 19, 2006 is suspended by the Court.

DATED: August ___, 2006

_____
HON. MARILYN HALL PATEL
United States District Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER REGARDING STATUS CONFERENCE
Case No. C03-2522 MHP                                                          3

08/16/2006 14:14 FAX                                                                 ⓘ002/002

| | | |
|---|---|---|
| 1 | DATED: August ___, 2006 | **LEONARD STREET & DEINARD, P.A.** |
| 2 | | By: _____ |
| | | Douglas R. Boettge |
| 3 | | |
| 4 | | Michael G. Taylor |
| | | 150 South Fifth Street, Suite 2300 |
| | | Minneapolis, MN 55401 |
| 5 | | (612) 335-1500 |
| 6 | | *Attorneys for Defendants Merle D. Lewis and Daniel K. Newell* |
| 7 | | |
| 8 | DATED: August ___, 2006 | **WINTHROP & WEINSTINE, P.A.** |
| 9 | | |
| 10 | | By: _____/s/_____ |
| | | Karl E. Robinson |
| 11 | | 225 South Sixth Street, Suite 3500 |
| 12 | | Minneapolis, MN 55402 |
| | | (612) 604-6692 |
| 13 | | *Attorneys for Defendant Richard R. Hylland* |
| 14 | DATED: August 16, 2006 | **ORRICK, HERRINTON & SUTCLIFFE LLP** |
| 15 | | |
| 16 | | By: _____/s/_____ |
| | | Susan Resley |
| 17 | | 1000 Marsh Road |
| | | Menlo Park, CA 94025-1015 |
| | | (650) 614-7400 |
| 18 | | |
| 19 | | *Attorneys for Defendant Richard D. Nye* |

20

21    **PURSUANT TO THE STIPULATION, IT IS SO ORDERED THAT** the Status

22    Conference scheduled for September 19, 2006 is suspended by the Court.

23

24    DATED: August ___, 2006

25    _____
      HON. MARILYN HALL PATEL
      United States District Judge
26    Northern District of California

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING STATUS CONFERENCE
Case No. C03-2522 MHP                                                                    3