1  WALTER F. BROWN, JR. (STATE BAR NO. 130248)
   SUSAN D. RESLEY (STATE BAR NO. 161808)
2  ERIC HAIRSTON (STATE BAR NO. 229892)
   RANDALL S. LUSKEY (STATE BAR NO. 240915)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    415-773-5700
   Facsimile:    415-773-5759
6
   Attorneys for Defendant
7  Richard D. Nye

8

9           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
10

11 | In re CORNERSTONE PROPANE | Case No. C03-2522-MHP |
   | PARTNERS LP SECURITIES   |                        |
12 | LITIGATION,              | **STIPULATION AND** ~~PROPOSED~~ |
   |                          | **ORDER RE: SUBSTITUTION OF**    |
13 |                          | **COUNSEL**                      |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties, by and through their counsel of record, submit that good cause exists for the following stipulation, and accordingly hereby stipulate as follows:

Defendant Richard D. Nye hereby substitutes the firm of Orrick Herrington & Sutcliffe LLP as his counsel of record herein in place of Cooley Godward LLP. Any future pleadings and correspondence should be addressed to:

Walter F. Brown, Jr.
Susan D. Resley
**Orrick Herrington & Sutcliffe LLP**
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

RICHARD D. NYE

Dated: August 11, 2006

/S/
_____
Richard D. Nye

I, Randy Luskey, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: August 11, 2006

/S/
_____
Randall S. Luskey

| | | |
|---|---|---|
| 1 | We accept the above substitution. | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 2 | Dated: August 11, 2006 | |
| 3 | | /S/ |
| 4 | | SUSAN D. RESLEY |
| 5 | | WALTER F. BROWN, JR.<br>505 Howard Street<br>San Francisco, CA 94105-2669 |
| 6 | | (415) 773-5700<br>(415) 773-5759 (fax) |
| 7 | | |
| 8 | We accept the above substitution. | **SCHIFFRIN & BARROWAY, LLP** |
| 9 | Dated: August 11, 2006 | |
| 10 | | |
| 11 | | /S/<br>KATHARINE M. RYAN |
| 12 | | |
| 13 | | KAREN REILLY<br>KAY E. SICKLES |
| 14 | | 280 King of Prussia Road<br>Radnor, PA 19087 |
| 15 | | |
| 16 | | Telephone: (610) 667-7706 |
| 17 | | Facsimile: (610) 667-7056 |
| 18 | | **Lead Counsel for Lead Plaintiff** |

| | | |
|---|---|---|
| 1 | We accept the above substitution. | **COOLEY GODWARD LLP** |
| 2 | Dated: August 11, 2006 | |

/S/ Grant Fondo
―――――――――――――――――――
**JOHN C. DWYER**

GRANT P. FONDO
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5228
Facsimile: (650) 849-7400

**Counsel for Defendants Keith Baxter, Ronald J. Goedde, Charles J. Kittrell and William L. Woods**

| | | |
|---|---|---|
| 11 | We accept the above substitution. | **WINTHROP & WEINSTINE, P.A.** |
| 12 | Dated: August 11, 2006 | |

/S/
―――――――――――――――――――
**KARL E. ROBINSON**

DAVID P. PEARSON
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
(612) 604-6400
(612) 604-6800 Fax

**Counsel for Defendant Richard R. Hylland**

| | | |
|---|---|---|
| 19 | We accept the above substitution. | **LEONARD STREET & DEINARD, P.A** |
| 20 | Dated: August 11, 2006 | |

/S/
―――――――――――――――――――
**DOUGLAS R. BOETTGE**

MICHAEL G. TAYLOR
150 South Fifth Street, Suite 2300
Minneapolis, MN 55401
(612) 335-1500
(612) 335-1657 Fax

**Counsel for Defendants Merle D. Lewis and Daniel K. Newell**

1  **PURSUANT TO STIPULATION,** re Substitution of Counsel, pages 1-4.
   **IT IS SO ORDERED.**

3  Dated: ~~August 11, 2006~~
         August 28, 2006

_____
The Honorable Judge Marilyn H. Patel

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(United States District Court, Northern District of California seal)